[No. 65359-8-I. Division One. June 27, 2011.]

NATHAN LOWMAN, *Appellant*, v. JENNIFER WILBUR ET AL., *Defendants*, PUGET SOUND ENERGY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-04958-1, Gerald L. Knight, J., entered April 21, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Schindler, JJ.

[No. 65613-9-I. Division One. June 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR FERNANDEZ-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-03952-8, Philip G. Hubbard Jr., J., entered June 4, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 65679-1-I. Division One. June 27, 2011.]

ONA DEANE-GORDLY ET AL., *Appellants*, v. JOY WILLETT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-03399-2, Eric Z. Lucas, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Schindler, JJ.

[No. 66643-6-I. Division One. June 27, 2011.]

BERSCHAUER PHILLIPS CONSTRUCTION COMPANY, *Respondent*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Petitioner*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02538-9, Richard D. Hicks, J., entered March 1, 2010. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Schindler, JJ.